**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KERRY LORENZO FISHER, JR., *et al.*,** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | **NO. 26-CV-1489** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 21st day of September 2026, upon consideration of Plaintiffs *pro se* "Letter Motion Seeking a *Nunc Pro Tunc* Extension to File Amended Complaint" (ECF No. 25), and their Amended Complaint, "Additional Amended Complaint," "Praecipe to Attach," "Praecipe to Supplement & Attach Documents to Our Amended Complaint," and "Pracipe to Supplement and Attach Table of Contents 2026 Court filings to Amended Complaint," (ECF Nos. 26-30), it is hereby **ORDERED** that:

1. The extension motion (ECF No. 25) is **GRANTED**.
2. The Amended Complaint (comprised of ECF Nos. 26-30, including all attachments) is **DISMISSED**, with prejudice, for the reasons set forth in the Court's Memorandum.
3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*